BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
NICOLE PHILLIPS, Bar No. 203786
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD for itself and on behalf of NORTHERN CALIFORNIA CARPTENTERS REGIONAL COUNCIL<br><br>Plaintiffs,<br><br>v.<br><br>BILL L. WASHAM, Individually; BILL L.WASHAM, individually and doing business as PRECISION CEILING SYSTEMS, INC.; PRECISION CEILING SYSTEMS, INC., a California Corporation;<br><br>Defendants. | No.   C 04 5414 SI<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND REQUEST FOR VACATION OF CASE MANAGEMENT CONFERENCE** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a) Plaintiffs voluntarily dismiss the above-captioned action without prejudice. Despite numerous efforts, Plaintiffs have been unable to serve Defendant Precision Ceiling Systems, Inc. and/or the

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Pkwy
Alameda, CA 94501
(510) 337-1001

NOTICE OF DISMISSAL WITHOUT PREJUDICE AND REQUEST FOR VACATION OF CASE MANAGEMENT CONFERENCE (C 04-5414 SI)

representative of the estate of Bill L. Washam. Accordingly, we request that the Court dismiss this action without prejudice.

A Case Management Conference has been scheduled for May 27, 2005 at 2:00 p.m. in Courtroom 10. With this Notice of Dismissal, Petitioners request that said Case Management Conference be vacated.

Dated: May 25, 2005

                WEINBERG, ROGER & ROSENFELD
                A Professional Corporation

By: _____/s/_____
     CONCEPCIÓN E. LOZANO-BATISTA

107948/384058



IT IS SO ORDERED
Judge Susan Illston

- 2 -
NOTICE OF DISMISSAL WITHOUT PREJUDICE AND REQUEST FOR VACATION OF CASE MANAGEMENT CONFERENCE (C 04-5414 SI)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Pkwy
Alameda, CA 94501
(510) 337-1001